# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DBSI INC., *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 08-12687 (PJW)<br><br>Jointly Administered |
| JAMES R. ZAZZALI, as Litigation Trustee for the DBSI Estate Litigation Trust,<br><br>            Plaintiff,<br><br>     v.<br><br>MARATHON TITLE COMPANY, K PARTNERS BLANCO, LP, and JOHN DOE 1-10,<br><br>            Defendants. | Adversary Proceeding No. 10-54236 (PJW) |

## NOTICE OF VOLUNTARY DISMISSAL OF ONE DEFENDANT FROM ADVERSARY PROCEEDING

James R. Zazzali, as Litigation Trustee for the DBSI Estate Litigation Trust (hereafter, "Plaintiff"), by and through his undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), made applicable by of the Fed. R. Bankr. P. 7041, hereby dismisses the above captioned adversary proceeding solely as it relates to Defendant Marathon Title Company without prejudice and without costs to either party. Nothing contained in this Notice of Dismissal shall be deemed or construed as a dismissal of the captioned adversary proceeding in its entirety, and this Notice of Dismissal solely dismisses the referenced Defendant.

---

[1] The last four digits of DBSI Inc.'s federal tax identification number are 5037.

Dated: June 17, 2011  
      Wilmington, DE

**GIBBONS P.C.**

By:   _/s/ Natasha M. Songonuga_  
     Natasha M. Songonuga, Esq. (Bar No. 5391)  
     1000 N. West Street  
     Suite 1200  
     Wilmington, DE 19801-1058  
     Telephone: (302) 295-4875  
     Facsimile: (302) 295-4876  
     E-mail: nsongonuga@gibbonslaw.com

*Counsel to Plaintiff*